UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS A. GONZALEZ, and JULIO SANCHEZ ESPINOZA, individually and on behalf of others similarly situated, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/26/2020 |
| Plaintiffs, | 1:20-cv-04271 (MKV) |
| -against- | ORDER OF DISMISSAL |
| H.K. SECOND AVE RESTAURANT INC. d/b/a BAIT & HOOK, SHAHEEN KHAN, and MAHA KHONDOKER, | |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

The Complaint in this action was filed on June 4, 2020 [ECF #1]. Executed summonses were filed on the docket on July 24, 2020 and September 25, 2020, reflecting service on July 21, 2020 and July 22, 2020 [ECF #11-13]. Defendants' responses to the complaint were due by August 12, 2020. No responses were filed, and Plaintiff has not prosecuted this case to date. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 25, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date: October 26, 2020
New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge