UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021
```

LOUIS A. GONZALEZ and JULIO SANCHEZ ESPINOZA, individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

HK SECOND AVE RESTAURANT INC. (D/B/A BAIT & HOOK), SHEHEEN KHAN, MAHA KHONDOKER (A/K/A MIHA KHONDOKER,

        Defendants.

1:20-cv-4271-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a hearing on Plaintiffs' motion for a default judgment on November 10, 2021 at 3:30PM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

    It is ORDERED that Plaintiffs must serve a copy of this order on Defendants along with another copy of Plaintiffs' motion for a default judgment and all supporting papers. Proof of service must be filed on the ECF docket on or before November 3, 2021.

**SO ORDERED.**

**Dated: October 7, 2021**
    **New York, New York**

                                                    **HON. MARY KAY VYSKOCIL**
                                                    **United States District Judge**