UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS GONZALEZ and JULIO SANCHEZ ESPINOZA,

                Plaintiffs,

-against-

H.K. SECOND AVE RESTAURANT INC., SHAHEEN KHAN, and MAHA KHONDOKER,

                Defendants.

---

1:20-cv-4271-(MKV)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2023

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a hearing on Plaintiffs' motion for a default judgment on March 1, 2023 at 3:00 PM. The hearing will be held in Courtroom 18C of the 500 Pearl Street Courthouse, New York, New York.

    Plaintiffs are directed to serve a copy of this order on Defendants on or before February 14, 2023. Proof of service must be filed on the ECF docket by February 21, 2023.

**SO ORDERED.**

Date: February 2, 2023
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**