USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS GONZALEZ and JULIO SANCHEZ ESPINOZA,

                      Plaintiffs,

-against-

H.K. SECOND AVE RESTAURANT INC., SHAHEEN KHAN, and MAHA KHONDOKER,

                      Defendants.

1:20-cv-4271-(MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiffs are directed to serve a copy of the Court's February 23, 2023 Order, which rescheduled the Default Judgment Hearing, on Defendants on or before February 27, 2023. Proof of service must be filed on the ECF docket by February 28, 2023.

**SO ORDERED.**

Date:  **February 24, 2023**
        **New York, NY**

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**