UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
LUIS A. GONZALEZ and JULIO SANCHEZ
ESPINOZA, *individually and on behalf of others similarly situated*,

                                     *Plaintiffs*,

-against-

H.K. SECOND AVE RESTAURANT INC.
(D/B/A BAIT & HOOK), SHAHEEN KHAN,
MAHA KHONDOKER (a.k.a. MIHA
KHONDOKER),

                                     *Defendants*.

**20-cv-04271-MKV**

------------------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Catalina Sojo, Esq., and attached exhibits, and the declaration of Plaintiffs Luis A. Gonzalez and Julio Sanchez Espinoza ("Plaintiffs"), the accompanying memorandum of law, and all prior papers and proceedings in this case, the Plaintiffs, by counsel, will move before the Honorable Judge Mary Kay Vyskocil, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for entry of an Order pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55(b)(2).

    1.    For judgment by default against Defendants H.K. SECOND AVE RESTAURANT INC. (D/B/A BAIT & HOOK), SHAHEEN KHAN, MAHA KHONDOKER (a.k.a. MIHA KHONDOKER) (collectively "Defendants") on the grounds of Defendants' failure to answer the Complaint or otherwise move or appear before the time for answering such Complaint expired;

    2.    Entering Judgment in the amount of $174,750.50 against Defendants, for failure to pay the minimum wage, overtime compensation, plus statutory damages, and liquidated damages;

    3.    Awarding attorneys' fees and costs in the amount of $13,493.60.

Case 1:20-cv-04271-MKV   Document 81   Filed 05/05/23   Page 2 of 2

4.	Granting such other and further relief as this Court deems just and proper under the circumstances.

PLEASE TAKE FURTHER NOTICE, Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       May 5, 2023                                  CSM LEGAL, P.C.

                                         By: /s/ Catalina Sojo
                                             Catalina Sojo, Esq.
                                             CSM LEGAL, P.C.
                                             One Grand Central Place
                                             60 East 42nd Street, Suite 4510
                                             New York, New York 10165
                                             Tel: (212) 317-1200
                                             Fax: (212) 317-1620
                                             Email: catalina@csm-legal.com
                                             *Attorneys for Plaintiffs*

To:

H.K. Second Ave Restaurant Inc. (D/B/A Bait & Hook)
231 2nd Avenue
New York, NY 10003

Shaheen Khan
5111 102nd Street
Corona, NY 11368

Shaheen Khan
10459 42nd Avenue Fl 1
Corona, NY 11368

Shaheen Khan
24 Catherine Street
Lynbrook, NY 11563

Maha Khondoker (A.K.A. Miha Khondoker)
70132 218th Street
Dassel, MN 55325

- 2 -